## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 09-22554-Civ-COOKE/BANDSTRA

RAFAEL MORALES,

     Plaintiff

vs.

MERCO GROUP, INC., and
MERCO GROUP AT MGI HOTELS, LLC,

     Defendants.

_____/

### <u>VERDICT FORM</u>

**Do you find from a preponderance of the evidence:**

1. That Mr. Morales was jointly employed by Defendants Merco Group, Inc. and Merco Group at MGI Hotels, LLC.?

Answer Yes or No   _No_____

*[Note: If you answered No to the first question, then your verdict is for Merco Group, Inc., on Plaintiff's claims against it. Please answer the second question.]*

2. That Mr. Morales engaged in statutorily protected activity, that is, that he in good faith asserted objectively reasonable claims or complaints of discrimination prohibited by federal law.

Answer Yes or No   _No_____

*[Note: If you answered No to the second question, you need not answer the remaining questions. If you answered Yes to the second question, please answer the third question.]*

3. That Defendant took an adverse employment action against Mr. Morales.

Answer Yes or No   _____

*[Note: If you answered No to the third question, you need not answer the remaining questions]*

4. That the adverse employment action was causally related to Mr. Morales's statutorily protected activities.

Answer Yes or No     _____

5. That Mr. Morales should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Answer Yes or No     _____

If your answer is Yes, in what amount?  $_____

6. That Mr. Morales should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No     _____

If your answer is Yes, in what amount?  $_____

7. That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

Answer Yes or No     _____

8(a). That a higher management official of Defendant acted with malice or reckless indifference to Mr. Morales's federally protected rights?

Answer Yes or No     _____

(b) If your answer is Yes, that Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

Answer Yes or No     _____

19

(c) If your answer is Yes, what amount of punitive damages, if any, should be assessed

against the Defendant? $_____.

SO SAY WE ALL.

_____
Foreperson

DATED: _2/8/11___